**Jerome Julius BROWN, Plaintiff–Appellant,**

v.

**MOTOROLA MOBILITY INCORPORATED, Defendant–Appellee.**

**No. 14–1487.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 1, 2014.

Decided: Oct. 8, 2014.

Jerome Julius Brown, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Julius Brown appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brown v. Motorola Mobility Inc.,* No. 1:13–cv–01514–GBL–IDD (E.D.Va. Feb. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*